UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMEL ARCILICIA TAYLOR,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF SACRAMENTO, et al.,<br><br>  Defendants. | No. 2:24-cv-0773 SCR P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

Plaintiff, an Oregon state prisoner proceeding pro se, filed this civil rights action under 42 U.S.C. §1983.  On screening the complaint, the court found this case may be untimely.  (June 20, 2024 Order; ECF No. 8.)  The court then described the statute of limitations for civil rights actions.  Plaintiff was ordered to file, within thirty days, a statement regarding the application of the statute of limitations.  Plaintiff was warned that if they failed to file that statement, the court would recommend this action be dismissed.

Thirty days have passed and plaintiff has not filed a statement regarding the application of the statute of limitations or otherwise responded to the court's order.[1]

---

[1] On April 12, 2024, plaintiff filed a "motion for relief," the whole of which states, "COMES NOW, the Plaintiff, Jermel Taylor, and hereby petitions this court for relief of $50,000, not $1 Quadrillion like once stated … Insha-Allah!"  The amount of relief plaintiff seeks is not relevant to the timeliness of his action.  Should the court dismiss plaintiff's action as recommended below, that motion will become moot in any event.

1

     Accordingly, the Clerk of the Court IS HEREBY ORDERED to randomly assign a district judge to this case; and

     IT IS RECOMMENDED that this case be dismissed for plaintiff's failure to comply with court orders.  Fed. R. Civ. P. 41(b); E.D. Cal. R. 110.

     These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-one days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may result in waiver of the right to appeal the district court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: August 19, 2024

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE